NO. WR-83,375-01
CAUSE NO. 4762A



FILED
SEP 0.. 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE 100TH DISTRICT COURT |

STATE OF TEXAS      \*      IN THE 100TH DISTRICT COURT

VS.      \*      IN AND FOR

SHELTON WADE MONTGOMERY,      \*      CARSON COUNTY, TEXAS
EX PARTE

## ORDER

The court, after reviewing the affidavit of defense counsel Paul Herrmann, finds that the representation of the defendant was not deficient. Any failure to call witnesses was a legitimate trial strategy choice.

Stuart M. Messer, District Judge Presiding

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 09 2015
Abel Acosta, Clerk